HARRY W. BENNETT, Respondent, v. HENRY T. FIELD and Another, Appellants. WILBUR BENNETT, Respondent, v. HENRY T. FIELD and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LENA HANIGAN, Appellant, v. ABRAM L. WRIGHT, as Executor, etc., of ALMA BABCOCK, Deceased (Substituted in Place of ALBANY SAVINGS BANK), Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LOUISE BATEMAN HUTTON, Plaintiff, v. THOMAS R. HUTTON, Defendant.— This action having been discontinued on stipulation of the parties, the appeal is dismissed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD J. FRIEDMAN, Respondent, v. HARRY M. KAISER, Warden of Clinton Prison, Dannemora, New York, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order sustaining writ and discharging prisoner from custody of the warden of Clinton Prison, Dannemora, N. Y., reversed and writ dismissed, and prisoner remanded to the custody of said warden, on the authority of People ex rel. Goldstein v. Clancy (163 App. Div. 614); People ex rel. Haines v. Hunt (229 id. 419). Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur. [134 Misc. 786.]

JOSEPHINE BOLLIN, Respondent, v. JOHN A. PRUSS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KAN ONDRISKA, Also Known as KONSTANT ONDRISKA, Appellant.— Order of filiation unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

LEONARD ACCARDI, Appellant, v. JOHN SWEENEY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

MICHAEL TRETOLA, Respondent, v. MARY TRETOLA, Appellant.— Interlocutory and final decrees reversed, on the law, with costs to the appellant, and the complaint dismissed, with costs, on the ground that there is complete failure of proof of a prior common-law marriage of the defendant. Findings of fact numbered 3 and 4 are reversed, and the conclusion of law is disapproved. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

EDWARD ASHLAW and Another, Respondents, v. CLAYTON H. ELLIOTT and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.